## EL PUEBLO *v.* QUILICHINI ET AL.

APELACIÓN procedente de la Corte de Distrio de Mayagüez.

No. 14.—Resuelto en Junio 9, 1904.

APELACIÓN—FUNDAMENTOS DEL RECURSO—PLIEGO DE EXCEPCIONES.—Los funda-
mentos del recurso que no aparecieren comprobados por las constancias
obrantes en la transcripción de autos, ni estuvieren justificados por un pliego
de excepciones, no pueden ser considerados por el Tribunal de Apelación.

ID.—Sí de los autos no apareciere que se hubiere cometido error alguno, la sen-
tencia apelada debe ser confirmada.

Los hechos están expresados en la opinión.

Abogado del apelante: *Sr. Smih.*

Abogado del apelado: *Sr. del Toro, Fiscal.*

EL JUEZ ASOCIADO SR. HERNÁNDEZ emitió la siguiente opi-
nión del Tribunal.

El presente es un recurso de apelación interpuesto por Vi-
cente Quilichini contra la sentencia del Tribunal de Distrito de
Mayagüez que le condena, en unión de Eduvigis Valentin y
Benito Nuñez Hernández, á cien dollars de multa y al pago
de las costas procesales por terceras partes.

El Fiscal del Distrito de Mayagüez, con fecha 26 de Marzo
del año próximo pasado, formuló su acusación debidamente
jurada en los términos siguientes:

"Vicente Quilichini, Eduvigis Valentin y Benito Nuñez Hernán-
dez, vecinos todos de Sabana Grande, y en libertad bajo fianza, son
acusados por el Fiscal del delito contra el Erario de Puerto Rico
(misdemeanor) ó sea por haber infringido las leyes de Rentas Inter-
nas de Puerto Rico, cometido como sigue: los citados Quilichini, Va-
lentin y Nuñez Hernández, allá por el mes de Setiembre de 1902, en
el Distrito antes mencionado, y en una parte del mismo conocida y
designada con el nombre del término municipal de Sabana Grande,
violaron clara é intencionalmente la Ley de Rentas de Puerto Rico,
con maliciosa intención de defraudar el Erario Insular, pues el pri-
mero, ó sea Vicente Quilichini, hijo del fabricante Don Santiago Qui-
lichini,vendió, al segundo, ó sea Eduvigis Valentin, cinco galones de

ron sin entregarle factura alguna, tomándolo de la destilería de su padre el citado Santiago Quilichini, de cuyos cinco galones de ron, el último, ó sea Benito Nuñez Hernández, que entonces era pulpero ó ventorillero, compró á dicho Valentin dos galones, á sabiendas de que eran contrabando, habiéndose por consiguiente defraudado al Erario de Puerto Rico, en tres dollars, cuyo hecho es contrario á la forma, eficacia y propósito de la ley para tal caso hecha y prevista, y contra la paz y dignidad del Pueblo de Puerto Rico.

Al celebrarse el juicio oral en 20 de Julio del año expresado, con asistencia de los acusados y de sus respectivos Letrados, el Abogado Don Pascasio Fajardo, en representación de Eduvigis Valentin, presentó moción escrita solicitando respecto de su defendido el sobreseimiento, fundado en el apartado 2 del artículo 448 del Código Penal (debe ser del Codigo de Enjuiciamiento Criminal), y el Tribunal después de haber oido al Fiscal, quien se opuso á semejante pretensión, desestimó la moción presentada por el Letrado Fajardo, tomando éste excepción de esa resolución. Continuado el juicio, como los acusados se declararan no culpables, fueron practicadas las pruebas propuestas, y el Tribunal dictó sentencia en 24 del propio Julio, condenando á cada uno de los tres acusados á la pena de que se deja hecho mérito.

Contra esa sentencia ha interpuesto Quilichini recurso de apelación, ejercitando el derecho que para ello le concede la ley que otorga tambén dicho recurso por "misdemeanor," y elevadas á este Tribunal las copias prevenidas por la ley, se ordenó, á petición de la representación de Quilichini, se elevara también á esta Corte el sumario instruido con motivo del delito de que se trata, como así se verificó. Examinado dicho sumario aparece en él un acta de fianza prestada en 13 de Setiembre de 1902, á favor de Eduvigis Valentin, y también existe una orden del Fiscal de la Corte de Mayagüez, expedida en 18 de Marzo del año próximo pasado, para el arresto de los tres acusados, cuya orden fué cumplimentada en veinte y uno del propio mes.

Al formalizar el Letrado de Vicente Quilichini el recurso

de apelación, alegó como motivos los siguientes: Primero.
Que Quilichini había sido detenido en la Cárcel del pueblo de
Sabana Grande el día 13 de Setiembre de 1902 á virtud de
denuncia presentada contra él por el Agente de Rentas Inter-
nas, y el Fiscal presentó la acusación ante la Corte de Dis-
trito de Mayagüez en 25 de Marzo del año siguiente, por lo
que el Letrado Don Fernando Vazquez, defensor de Quili-
chini, solicitó en el acto del juicio oral que se declarara sin lu-
gar la acusación y se archivara la causa, cuya pretensión fué
desestimada á pesar de que el Ministerio Fiscal nada demos-
tró que justificara la presentación de la acusación fuera de
término, habiéndose infringido por tanto el artículo 448 del
Código de Enjuiciamiento Criminal. Segundo. Que en el
juicio no se justificó en manera alguna que Quilichini de-
fraudara al Tesoro, pues solo aparece que vendió ron de la
fábrica de su padre por el dicho aislado del delincuente sor-
prendido y cojido, sin que se consignara en el acta del juicio
lo manifestado por muchos de los testigos de la defensa.

Los fundamentos del recurso no aparecen corroborados
por el acta del juicio ni tampoco se ha presentado pliego al-
guno de excepciones para confirmarlos. Lejos de eso, el acta
del juicio revela que solamente el Letrado Don Pascasio Fa-
jardo, en representación de Eduvigis Valentin, presentó mo-
ción escrita solicitando el sobreseimiento del proceso, y esa
misma acta demuestra que el acusado Eduvigis Valentin no
declaró, y por tanto su declaración no pudo servir de base á
la sentencia condenatoria, habiendo sí declarado el testigo
Santiago Gonzalez que por orden de Vicente Quilichini en-
tregó á Eduvigis Valentin una damesana de ron, la que ig-
nora si fué facturada ó nó.: Aparte de que no consta que el
abogado de Quilichini formulara petición de sobreseimiento
fundado en el artículo 448 de la Ley de Enjuiciamiento Crimi-
nal, tampoco aparece de las actuaciones traidas á la vista que
Quilichini fuera arrestado en 13 de Setiembre de 1902, y
sí que por orden del Fiscal de Mayagüez fué detenido en
veinte y uno de Marzo del año próximo pasado, habiéndose

formulado la acusación en 26 del propio mes, cuando por tanto no habian transcurrido los sesenta días entre la detención y la acusación á que sé refiere el número 1 del artículo 448 de la Ley de Enjuiciamiento Criminal.

Con arreglo pues, á las resultancias de autos que son las que este Tribunal puede tener en cuenta para la desisión del recurso, procede se desestime éste con las costas á cargo del apelante, confirmándose la sentencia que dictó el Tribunal de Distrito de Mayagüez en 24 de Julio del año próximo pasado.

*Confirmada.*

Jueces concurrentes, Sres. Presidente, Quiñones y Asociados, Figueras y MacLeary.

El Juez Asociado Sr. Sulzbacher no formó Tribunal en la vista de este caso.